242 So.2d 247

**STATE of Louisiana**

v.

**John Ray McELROY.**

No. 51054.

Jan. 5, 1971.

 Although error was committed in granting a continuance on an oral motion, applicant is not entitled to the relief prayed for.

242 So.2d 247

**STATE of Louisiana ex rel. ASSISTANT DISTRICT ATTORNEYS ASSOCIATION et al.**

v.

**Roy R. THERIOT, Comptroller of the State of Louisiana et al.**

No. 51036.

Jan. 5, 1971.

 We find no error in the judgment complained of.